UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHOT OHANYAN, | No. 1:25-cv-1661-TLN-SCR |
| Petitioner, | |
| v. | ORDER |
| WARDEN OF CALIFORNIA CITY DETENTION, | |
| Respondent. | |

Petitioner, an immigration detainee who is representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Based on the length of time in which petitioner has been in immigration detention, the court provisionally authorizes petitioner to proceed in forma pauperis without prepayment of the filing fee in this action. See 28 U.S.C. § 1914.

The court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.[1]  In light of the complexity of the legal issues involved, the court has determined that the interests of justice require the appointment of counsel for petitioner. See Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). Professor Jacqueline Brown, Director of Immigration and Deportation Defense Clinic at the University of

---

[1] Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

1

San Francisco School of Law, has agreed to accept appointment in this matter.

Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be served with the § 2241 petition and directed to show cause why the writ should not be granted by filing an answer/return. See 28 U.S.C. § 2243.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner is provisionally authorized to proceed in forma pauperis without prepayment of the filing fee in this action.

2. Jacqueline Brown is appointed to represent petitioner.

3. The Clerk of the Court shall serve a copy of this order as well as a copy of petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on Jacqueline Brown, jmbrown@usfca.edu.

4. Additionally, the Clerk of the Court shall serve a copy of this order together with a copy of petitioner's petition for a writ of habeas corpus on the United States Attorney.

5. The parties are directed to meet and confer within 3 days from the date of this order for the purpose of submitting a joint proposed briefing schedule in this case.

6. At the time petitioner files a brief or amended petition, petitioner shall also file an application to proceed in forma pauperis.

7. The parties shall file a joint proposed briefing schedule and submit it to the court by emailing it to SCRorders@caed.uscourts.gov no later than 7 days from the date of this order.

8. In order to ensure this court's jurisdiction to resolve the pending § 2241 petition, respondent shall not transfer petitioner to another detention center outside of this judicial district, pending further order of the court. See 28 U.S.C. § 1651(a) (establishing the All Writs Act which empowers the federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions…."); see also F.T.C. v. Dean Foods Co., 384 U.S. 597, 604 (1966) (emphasizing that

////
////
////
////

federal courts have the power to "to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action").

DATED: December 2, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE