UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHOT OHANYAN, | No. 1:25-cv-01661-TLN-SCR |
| Petitioner, | |
| v. | ORDER |
| WARDEN OF CALIFORNIA CITY DETENTION, et al., | |
| Respondents. | |

    Petitioner is a federal immigration detainee proceeding through counsel in this habeas corpus action filed pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On January 23, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. Respondents filed objections to the findings and recommendations. (ECF No. 20.) The cases Respondents cite in their objections are materially distinguishable. *See Carballo v. Andrews, et al.*, No. 1:25-cv-00978-KES-EPG, 2025 WL 2381464 (E.D. Cal. Aug. 15, 2025) (concerning re-detention after previous release); *Daley v. Andrews*, No. 1:25-cv-00922-KES-CDB, 2026 WL 101840 (E.D. Cal. Jan. 14, 2026) (concerning petitioner who was criminally convicted of illegal reentry before being detained by ICE pursuant to 8 U.S.C. § 1226(c) based on his extensive record of past criminal

1

convictions). While re-detention after a previous release can impact whether a particular petitioner has a protected liberty interest, as explained in the findings and recommendations, so too does prolonged detention absent a previous release, as in Petitioner's case. Additionally, the Court is unmoved by Respondents' disagreement the California City Detention Facility is characterized in the findings and recommendations. Petitioner's personal observation of the conditions of his incarceration is only one of several factors considered in evaluating Petitioner's private liberty interest.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 19) are ADOPTED.

2. Petitioner's application for a writ of habeas corpus (ECF No. 1) is GRANTED.

3. Respondents are ordered to provide petitioner with a bond hearing before an IJ within seven days from the date of this order where the IJ must order Petitioner released unless Respondents prove that he is a risk of flight or danger to the community by clear and convincing evidence.

5. Within 3 days from the date of the bond hearing, Respondents are directed to file a notice in this court certifying compliance with the above provision.

6. Petitioner's motion for a TRO (ECF No. 13) is DENIED as moot in light of the recommendation to grant the § 2241 petition on the merits.

7. The Clerk of Court is directed to enter judgment in favor of petitioner and to close this case.

Date: February 4, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE